AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA**

UNITED STATES OF AMERICA

V.

SEBASTIAN K. SMITH, JR.
2320 East Third Street
Montgomery, AL 36106

**WARRANT FOR ARREST**

Case Number: 2:06cr205-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  SEBASTIAN K. SMITH, JR.
                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

x Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Conspire to Steal a Firearm   (1 ct)
Aiding and Abetting to Steal a Firearm   (1 ct)

in violation of Title __18__ United States Code, Section(s) _924(1) and (2) and 371_

DEBRA P. HACKETT
Name of Issuing Officer

CLERK
Title of Issuing Officer - CLERK

BY: [signature]
Signature of Issuing Officer

8/16/06 - Montgomery, AL
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |