| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: **AUGUST 24, 2006** |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: **3:15 - 3:14** |

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (Rule 5)**
- √ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** CHARLES S. COODY    **DEPUTY CLERK:** WANDA STINSON

**CASE NO.** 2:06CR205-WHA-CSC    **DEFT. NAME:** SEBASTIAN K. SMITH, JR

**USA:** CHRISTOPHER SNYDER    **ATTY:** DONNIE BETHEL

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

**USPTSO/USPO:** RON THWEATT

Defendant ____ does __√__ does NOT need an interpreter; NAME: _____

---

| | | |
|---|---|---|
| √ Kars. | Date of Arrest **8/24/06** | or ☐ Rule 5 Arrest |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| √ Finaff. | Financial Affidavit executed √ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel. | |
| √ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **DETENTION HRG** ☐ held; ☐ Set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| √ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| √ kbnd. | √ **BOND EXECUTED** (M/D AL charges) $ **25,000** Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing ☐ set for _____ ; ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| √ Karr. | **ARRAIGNMENT** SET FOR: _____ √ **HELD**. Plea of **NOT GUILTY** entered. | |
| | √ **Trial Term** **10/24/06** ; √ **PRETRIAL CONFERENCE DATE:** **9/25/06** | |
| | √ **DISCOVERY DISCLOSURES DATE:** **8/24/06** | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ Kwvspt | **Waiver of Speedy Trial Act Rights Executed**. | |