| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   SEPTEMBER 25,  2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:    1:25 p. m. to 1:26 p.m.** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER: 2:06CR205-WHA-CSC**     **DEFENDANT NAME: SEBASTIAN K. SMITH**

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  CHRISTOPHER SNYDER | ATTY.   DONNIE BETHEL |

√     **DISCOVERY STATUS:** Complete.

√     **PENDING MOTION STATUS:** None.

√     **PLEA STATUS:** Possible Plea

√     **TRIAL STATUS:** Will take 2 days to try cases, if goes to trial.

☐     **REMARKS:**