| | | | |
|---|---|---|---|
| COURTROOM DEPUTY MINUTES | DATE: October 10, 2006 | FTR RECORDING: 9:25 – 9:35 | |
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: Mitchell Reisner | | |

❑ **ARRAIGNMENT**  √ **CHANGE OF PLEA**  ❑ **CONSENT PLEA**

❑ **RULE 44(c) HEARING**  ❑ **SENTENCING**

| | |
|---|---|
| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: 2:06CR205-WHA-CSC | DEFENDANT NAME: SEBASTIAN K. SMITH, JR. |
| AUSA: CHRISTOPHER A. SNYDER | DEFENDANT ATTY: DONNIE BETHEL |
| USPTS/USPO: Jason Allen | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO |
| Defendant  does  √  does NOT need and interpreter.  Name: _____ | |

❑ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)

❑ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

❑ **ORAL ORDER** Appointing ❑ FPD or ❑ CJA Panel. Notice of Appearance to be filed.

❑ **WAIVER OF INDICTMENT** executed and filed.

❑ **FELONY INFORMATION** filed.

❑ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:** ❑ Not Guilty  ❑ Nol Contendere  ❑ Not Guilty by reason of insanity

√ Guilty as to:  √ Count(s) 2 of the **Indictment**

❑ Count(s) _____  ❑ dismissed on oral motion of USA;

❑ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

❑ No Plea Agreement entered. √ Written plea agreement filed. ❑ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued √ Same Conditions/Bond imposed ; ❑ Released on Bond & Conditions of Release for: ❑ Trial on _____; √ Sentencing on _____; √ to be set by Separate Order

❑ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❑ Trial on _____; or ❑ Sentencing on _____ ❑ Set by separate Order.