### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:06-cr-205-WHA |
| ) | |
| SEBASTIAN K. SMITH, JR. ) | |

### MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, Sebastian Smith, by undersigned counsel, Donnie W. Bethel, and respectfully moves this Court for an Order continuing the sentencing hearing in this case. In support of this Motion, the Defendant would show the following:

1. Sentencing in the above-referenced case is scheduled for February 1, 2007.

2. Undersigned counsel has been in Colorado at the National Association of Criminal Defense Lawyers' Advanced Criminal Law Seminar from January 21, 2007, until January 28, 2007.

3. Further undersigned counsel has been sick since his return from training and has not been in the office.

4. As such, undersigned counsel needs additional time to review the revised Presentence Investigative Report with Mr. Smith.

WHEREFORE, Mr. Smith respectfully requests that the Court grant this Motion to Continue the Sentencing Hearing.

Dated this 30th day of January, 2007.

                    Respectfully submitted,

                    s/ Donnie W. Bethel
                    DONNIE W. BETHEL
                    Assistant Federal Defender
                    201 Monroe Street, Suite 407
                    Montgomery, Alabama 36104
                    Phone: (334) 834-2099
                    Fax: (334) 834-0353
                    E-mail:don_bethel@fd.org
                    IN Bar Code: 14773-49

Case 2:06-cr-00205-WHA-CSC    Document 40    Filed 01/30/2007    Page 2 of 3

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 2:06-cr-205-WHA |
| ) | |
| **SEBASTIAN K. SMITH, JR.** ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Christopher Snyder, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49