IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr205-WHA |
| SEBASTIAN K. SMITH, JR. ) | |

### **ORDER**

Upon consideration of the Motion to Continue Sentencing Hearing (Doc. #40), filed by the Defendant on January 30, 2007, and counsel for the Defendant advising the court that the Government does not object, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that sentencing of the Defendant is CONTINUED from February 1, 2007, and RESET for Wednesday, February 7, 2007, at 9:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 31st day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE