AO 245B    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT:        SEBASTIAN K. SMITH, JR.
CASE NUMBER:      2:06cr205-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**12 months.**

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where drug treatment and anger management counseling are available.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X before 2 p.m. on **March 23, 2007**.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  3/23/07 @ 1530  to  FCI EDG
at  EDGEFIELD, S.C.  , with a certified copy of this judgment.

JOHN J. LAMANNA
~~UNITED STATES MARSHAL~~

By _____, ISO
~~DEPUTY UNITED STATES MARSHAL~~

RETURNED AND FILED

MAR 29 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.